# Court of Appeals
# of the State of Georgia

ATLANTA,___October 27, 2014_____

*The Court of Appeals hereby passes the following order:*

**A15A0364.  JAY WILCHER v. WAY ACCEPTANCE COMPANY et al.**

Jay Wilcher filed this direct appeal from the trial court's order assessing $900.00 in OCGA § 9-15-14 attorney fees.  Pursuant to OCGA § 5-6-35 (a) (10), appeals from orders granting or denying attorney fees and litigation expenses under OCGA § 9-15-14 must be made by discretionary application, not direct appeal. Wilcher's failure to comply with the discretionary review procedure deprives this Court of jurisdiction over the appeal, which is hereby DISMISSED.  See *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840 (560 SE2d 730) (2002).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____10/27/2014_____*
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*